## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| PAULINE MCKEE, | |
| Plaintiff, | No. 12-CV-2013-LRR |
| vs. | **ORDER** |
| ISLE OF CAPRI CASINOS, INC. and IOC BLACK HAWK COUNTY, INC., | |
| Defendants. | |

_____

The matter before the court is Plaintiff Pauline McKee's "Motion to Remand Case to State Court" ("Motion") (docket no. 4), which Plaintiff filed on February 24, 2012. In the Motion, Plaintiff asserts that Defendants Isle of Capri Casinos, Inc. and IOC Black Hawk County, Inc. consent to the Motion. For the reasons stated in the Motion, the Motion is **GRANTED**. The Clerk of Court is hereby **DIRECTED** to **REMAND** this case to the Iowa District Court for Black Hawk County and **CLOSE THIS CASE**.

**IT IS SO ORDERED**.

**DATED** this 24th day of February, 2012.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA